UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:19CR129-PPS/JEM |
| ALEJANDRO PEREZ, | ) ) ) |
| Defendant. | ) |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Alejandro Perez's agreement to enter a plea of guilty to Count 1 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 80.] Following a hearing on the record on February 24, 2021, Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. I further find that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. No objections have been timely filed to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Alejandro Perez's plea of guilty, to which no objections have been filed, the Court hereby ADOPTS the findings and recommendation [DE 80] in their entirety.

Defendant Alejandro Perez is adjudged GUILTY of Count 1 of the indictment.

The sentencing hearing is set for July 13, 2021 at 10:30 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: March 18, 2021.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE